UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

ANNA CARRILLO
JOSE CARRILLO

Debtor(s)

Chapter 13
Case No. 19-11773

Judge JANET S. BAER

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 17, 2020, at the hour of 9:30 A.M., I shall appear before the Honorable Judge JANET S. BAER, Room 240, of the KANE COUNTY COURTHOUSE, 100 S. THIRD STREET, GENEVA, IL, and then and there move the Court pursuant to the attached Motion, at which time and place you may appear if you see fit.

*/s/ Timothy R. Yueill*
By:  Timothy R. Yueill, Esq.

**Served upon the following parties electronically:**
JAY M. REESE, ATTORNEY AT LAW, 262 W. FULLERTON, ADDISON, IL 60101 - Counsel for Debtor(s)
GLENN B STEARNS, 801 WARRENVILLE RD., STE. 650, LISLE, IL 60532 - Trustee
PATRICK S. LAYNG, OFFICE OF THE U.S. TRUSTEE, REGION 11, 219 S. DEARBORN ST., ROOM 873, CHICAGO, IL 60604-U.S. Trustee
    **and served upon the following parties by mail:**
ANNA CARRILLO, 2N152 WISCONSIN, VILLA PARK, IL 60181
JOSE CARRILLO, 2N152 WISCONSIN, VILLA PARK, IL 60181 - Debtor(s)

### Certification of Service

I, the undersigned, an attorney, hereby certified that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustees and Debtor(s)' counsel via electronic through ECF on December 16, 2019, and as to the Debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 175 North Franklin, Chicago, Illinois, before the hour of 5:00 p.m., on December 16, 2019.

By:  */s/ Timothy R. Yueill*

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 19-02085

THIS FIRM IS A DEBT COLLECTOR

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

ANNA CARRILLO
JOSE CARRILLO

Debtor(s)

Chapter 13
Case No. 19-11773

Judge JANET S. BAER

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES CitiMortgage, Inc., a secured creditor herein, by and through its counsel, LAW OFFICES OF IRA T. NEVEL, LLC and moves this Honorable Court for an Order granting relief from the Automatic Stay in effect as to this creditor, and in support thereof, states as follows:

1.  Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2.  The Debtors herein filed a Petition under Chapter 13 of Title 11, United States Bankruptcy Code on April 24, 2019.

3.  Said Creditor is a   mortgagee lien holder on the real property commonly known as 2N 152 WISCONSIN, VILLA PARK, IL 60181.

4.  The debtors have executed and delivered or are otherwise obligated with respect to that certain promissory note (the "Note"). A copy of the Note is attached hereto as Exhibit B. Movant is an entity entitled to enforce the Note.

5.  Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtors under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit C.

6.  All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of mortgage, a copy of which is attached hereto as Exhibit D.

7.  That enforcement of said security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code.

8.  The Chapter 13 Plan herein provides for the cure of the default of said mortgage and maintenance of current payments during the pendency of the proceedings.

9.  Pursuant to the Plan, the Debtors are to disburse the post-petition monthly mortgage payments directly to this Creditor.

10.  That this Creditor is entitled to relief from the Automatic Stay under 11 U.S.C. §362(d) as the Debtors are past due for the July 1, 2019 payment through and including December 1, 2019. Payments are in the sum of (7/1/19-10/1/19) $1624.74 and (11/1/19-12/1/19) $1631.10 each, with the total post-petition default through and including the December 1, 2019 in the amount of $9761.16 (with $1616.76 in suspense). No payments have been tendered.

11.  Said failure to make post-petition mortgage payments is sufficient grounds for relief from the Automatic Stay for cause pursuant to 11 U.S.C. §362(d)(1).

12.  In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $850 in legal fees and $181 in costs. Movant reserves all right to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

13.  That this Court has the authority to order that Rule 4001(a)(3) is not applicable to the Order entered in granting this Motion, and this Creditor requests this Court to so order.

*WHEREFORE*, this Creditor, CitiMortgage, Inc., prays that this Court enter an Order, pursuant to 11 U.S.C. §362(d), granting relief from the Automatic Stay and for such other additional relief as this Court may deem fit.

Law Offices of Ira T. Nevel, LLC

*/s/ Timothy R. Yueill*
By:  Timothy R. Yueill, Esq.
Counsel for CitiMortgage, Inc.

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 19-02085