UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | | BK No.: 19-11773 |
| ANNA CARRILLO ) | | |
| JOSE CARRILLO ) | | Chapter: 13 |
| ) | | Honorable Janet S. Baer |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING AUTOMATIC STAY

THIS MATTER COMING TO BE HEARD on the Motion filed by CitiMortgage, Inc. to Modify the Automatic Stay, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the automatic stay against CitiMortgage, Inc. and its agent or assigns is modified pursuant to § 362(d) of the United States Bankruptcy Code as to the real property commonly known as 2N 152 WISCONSIN, VILLA PARK, IL 60181.

IT IS FURTHER ORDERED that the proof of claim filed on behalf of CitiMortgage, Inc. in connection with the real property shall hereby be withdrawn.

IT IS FURTHER ORDERED that the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived by the Court and CitiMortgage, Inc. may immediately enforce and implement this order granting relief from the automatic stay.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 17, 2020

**Prepared by:**

LAW OFFICES OF IRA T. NEVEL, LLC
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com